No. 03–6278.   TOLBERT *v.* YARBOROUGH, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 03–6279.   THOMPSON *v.* LEWIS, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 03–6290.   SPOHN *v.* BANKS, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 03–6303.   ROWSEY *v.* LEE, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 03–6323.   DENNEY *v.* NELSON, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 03–6331.   WINSETT *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS.   C. A. Fed. Cir.   Certiorari denied.

No. 03–6334.   LANDAVERDE *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 03–6342.   MCFADDEN *v.* BURTT, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 03–6349.   BRAVO *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 03–6359.   NARY *v.* LEWIS, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 03–6372.   ANDERSON *v.* CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 03–6382.   ELLIOTT *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 03–6392.   RAMIREZ *v.* NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied.

No. 03–6396.   WIMS *v.* CHEVRON U. S. A. INC.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.